United States Court of Appeals
Fifth Circuit

**F I L E D**

June 10, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60726
Summary Calendar

OLANREWAJU OLAYINKA AJAYI, also known as Michael George,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A26 542 823
---------------------

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM:[1]

Olanrewaju Olayinka Ajayi petitions for review of an order of the Board of Immigration Appeals (BIA) affirming the decision of the immigration judge's denial of asylum, withholding of deportation, and denial of protection under the Convention Against Torture.

Ajayi contends that this court must remand for further consideration of allegedly-unaddressed legal claims in light of INS v. Ventura, 537 U.S. 12, 16-17 (2002). However, as Ajayi has not presented any evidence suggesting that both the immigration judge

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the BIA failed to apprehend his arguments, the petition for review is DENIED.